BLAUVELT ACKERMAN ET AL., PARTNERS, ETC., APPEL-
LANTS, v. SAMUEL J. BLOOMINGDALE ET AL., PART-
NERS, ETC., RESPONDENTS.

Argued October 1, 1929—Decided October 17, 1929.

Before Justices PARKER, BLACK and BODINE.

For the appellants, *McDermott, Enright & Carpenter.*

For the respondents, *Thomas J. Kennedy.*

The opinion of the court was delivered by

PARKER, J. The statute known as the "Garage Keepers' Lien act," originally enacted in 1915 (*Pamph. L., p. 556*), as amended, provides in its second section a procedure for the judicial ascertainment of the rights of parties concerned, owner, party entitled to possession, and lienor; and of the amount justly due the lienor if anything. The procedure is not an action at common law, though the act speaks of a "writ of replevin" and contemplates a taking of the property on giving a bond or making a deposit in court to secure the claimant. But a cursory glance at the act will show that the whole proceeding is special and statutory.

This being so, our ancient rule that such proceedings are reviewable only by *certiorari* becomes applicable; and as recently as 1927, in the case of *Knapp* v. *Kremer,* 103 *N. J. L.* 227, this court so decided. An important reason for holding the parties to this prerogative writ is mentioned in the cited cases of *City Bank* v. *O'Mara,* 88 *Id.* 499, and *Gordon* v. *Pannaci,* 90 *Id.* 392.

The appeal will be dismissed.